# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

October 23, 2018

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
225 Cadman Plaza E
Brooklyn, New York 11201

   Re: <u>Baizan Guerrero v. 79th Street Gourmet & Deli Inc. et al;</u>
     Case No. 18-cv-04761-ARR-ST

Dear Judge Tiscione,

  We are counsel for Plaintiff in the above-mentioned matter. We write regarding Judge Ross's order dated October 22, 2018 referring Plaintiff's default motion to Your Honor. We respectfully request thirty (30) days to file our default motion. We thank the Court for its time and attention to this matter.

       Respectfully submitted,

       MICHAEL FAILLACE & ASSOCIATES, P.C.

       /s/ Haleigh R. Amant
       Haleigh Amant, Esq.