**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EDGAR BAIZAN GUERRERO, *individually and on behalf of others similarly situated,*

                            *Plaintiff,*

                            -against-

79TH STREET GOURMET & DELI INC. (D/B/A GOURMET DELI & GROCERY), NEW UTRECHT GOURMET DELI AND GROCERY INC. (D/B/A GOURMET DELI & GROCERY), COLUMBUS GROCERY AND DELI CORP. (D/B/A GOURMET DELI & GROCERY), MOHAMED S. MUTHANA, and AHMED F. MUSTAFA,

                            *Defendants.*
------------------------------------------------------------X

18-cv-04761-ARR-ST

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Michael Faillace, and attached exhibits, and the declaration of Plaintiff Edgar Baizan Guerrero ("Plaintiff"), and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants 79th Street Gourmet & Deli Inc. (d/b/a Gourmet Deli & Grocery), New Utrecht Gourmet Deli And Grocery Inc. (d/b/a Gourmet Deli & Grocery), Columbus Grocery And Deli Corp. (d/b/a Gourmet Deli & Grocery), Mohamed S. Muthana, and Ahmed F. Mustafa.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated:  New York, New York
         November 21, 2018

- 2 -

                        MICHAEL FAILLACE & ASSOCIATES, P.C.

                        By: /s/ Michael Faillace
                             Michael Faillace, Esq.
                             MICHAEL FAILLACE & ASSOCIATES, P.C.
                             One Grand Central Place
                             60 East 42nd Street, Suite 4510
                             New York, New York 10165
                             Tel: (212) 317-1200
                             Fax: (212) 317-1620
                             Email: michael@faillacelaw.com
                             *Attorneys for Plaintiff*

To:

79th Street Gourmet & Deli Inc.
(d/b/a Gourmet Deli & Grocery)
7818 New Utrecht Ave,
Brooklyn, NY 11214

New Utrecht Gourmet Deli And Grocery Inc.
(d/b/a Gourmet Deli & Grocery)
7818 New Utrecht Ave,
Brooklyn, NY 11214

Columbus Grocery And Deli Corp.
(d/b/a Gourmet Deli & Grocery)
8523 18th Ave.,
Brooklyn, NY 11214

Mohamed S. Muthana
c/o Gourmet Deli & Grocery
7818 New Utrecht Ave,
Brooklyn, NY 11214

Ahmed F. Mustafa
c/o Gourmet Deli & Grocery
7818 New Utrecht Ave,
Brooklyn, NY 11214