# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

November 27, 2018

**VIA ECF**

Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　　Baizan Guerrero v. 79th Street Gourmet & Deli Inc. et al;
　　　　　　　　　　Case No. 18-cv-04761-ARR-ST

Dear Judge Tiscione,

　　　　We are counsel for Plaintiff in the above-referenced matter. We write to respectfully request a brief extension to December 7, 2018 to file the default motion, which was originally due on November 23, 2018. This is the first request of its kind. The reason for the request is that Plaintiff filed the motion on November 21, 2018, but did not include a memorandum of law. We apologize for any inconvenience and thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　/s/ Haleigh R. Amant
　　　　　　　　　　　　　　　　Haleigh Amant, Esq.